UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
―――――
No. 6:19-cr-00064-2
―――――

**United States of America,**

v.

**Marvin Robert Williams.**
―――――

# ORDER

The court referred this matter to the Honorable K. Nicole Mitchell, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 118 The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count nine of the indictment. *Id.* Defendant waived his right to object to the magistrate judge's findings. *Id.*

The court hereby **adopts** the findings of fact and recommendation on guilty plea of the United States Magistrate Judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Marvin Robert Williams **guilty** of count nine of the indictment, charging a violation of Title 18 U.S.C. § 924(c) – Use, Carrying and Possession of a Firearm During and in Furtherance of a Drug Trafficking Crime

*So ordered by the court on October 1, 2020.*

J. CAMPBELL BARKER
United States District Judge